UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KENNETH TUCKER,<br><br>               Plaintiff,<br><br>vs.<br><br>PALMS HOTEL AND CASINO, etc., *et al.*,<br><br>               Defendant. | 2:10-cv-1090-KJD-RJJ<br><br>**ORDER** |

      IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on June 17, 2011.

      IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

      1.     Shall identify the discovery that has been completed;

      2.     Shall identify the discovery that remains outstanding;

      3.     Shall identify any pending discovery motions; and,

      4.     Shall detail all attempts to settle the case.

DATED this __8th__ day of April, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge