UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KENNETH TUCKER,

           Plaintiff,

vs.

PALMS HOTEL AND CASINO,

           Defendant.

Case No. 2:10-cv-01090-KJD-RJJ

**ORDER**

Based on a scheduling conflict of the court,

**IT IS ORDERED** that:

1. The ENE Conference, currently scheduled for Thursday, June 23, 2011, at 1:30 p.m. before the undersigned, is **VACATED** and **ADVANCED** to **Tuesday, June 21, 2011**, at **1:30 p.m.,** in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2. The deadline for chambers to receive the confidential settlement conference statements, currently due June 16, 2011, is **VACATED** and **ADVANCED** to be received in chambers, Room 3071, not later than **4:00 p.m., June 14, 2011.**

Dated this 26th day of April, 2011.

_____
Peggy A. Leen
United States Magistrate Judge