# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| KENNETH TUCKER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:10-cv-01090-KJD-RJJ |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| PALMS HOTEL AND CASINO, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1. The ENE Conference, currently scheduled for Friday, August 12, 2011, at 9:30 a.m. before the undersigned, is **VACATED** and **CONTINUED** to **Tuesday, August 23, 2011**, at **1:30 p.m.,** in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2. The deadline for chambers to receive the confidential settlement conference statements, currently due August 5, 2011, is **VACATED** and **CONTINUED** to be received in chambers, Room 3071, not later than **4:00 p.m., August 16, 2011.**

Dated this 18th day of July, 2011.

Peggy A. Leen
United States Magistrate Judge