FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV 89169
Telephone: (702) 252-3131
Facsimile: (702) 252-7411

Attorneys for Defendant
Fiesta Palms, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH TUCKER, | Case No. 2:10-CV-01090-KJD-RJJ |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL** |
| PALMS HOTEL AND CASINO, an entity form unknown; DOE INDIVIDUALS 1 through 300, and ROE BUSINESS OR GOVERNMENTAL ENTITIES 1 through 300, Inclusive, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear

///

///

///

- 1 -

LasVegas 91035.1

- 2 -

1  their own costs and attorney's fees.

2  FISHER & PHILLIPS LLP

| /s/ Scott M. Mahoney, Esq. | /s/ Philip J. Trenchak, Esq. |
|---|---|
| Scott M. Mahoney, Esq. | Philip J. Trenchak, Esq. |
| 3800 Howard Hughes Pkwy., Suite 950 | 3470 E. Russell Road, Suite 251 |
| Las Vegas, NV  89169 | Las Vegas, NV  89120 |
| Attorneys for Defendant | Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: 1/9/12